# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:05-CR-00432-KJD-RJJ |
| v. | **ORDER** |
| GARY RUSHWAM, | |
| Defendant. | |

Before the Court for consideration is the Report & Recommendation (#26) of Magistrate Judge Robert J. Johnston entered June 19, 2006, recommending that Defendant's Motion to Suppress (#17) be denied. Objections (#27) to the Magistrate Judge's Report and Recommendation were filed by Defendant GARY RUSHWAM pursuant to Local Rule IB 3-2 of the Local Rules of Practice of the United States District Court of the District of Nevada. The Government filed a response in opposition (#28) to the objections.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#26) of the United States Magistrate Judge entered June 19, 2006, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#26) entered June 19, 2006, are **ADOPTED** and **AFFIRMED**, and Defendant's Motion to Suppress (#17) is **DENIED**.

DATED this 7th day of July 2006.

_____
Kent J. Dawson
United States District Judge